ORIGINAL

# United States District Court

**CENTRAL**     **DISTRICT OF**     **CALIFORNIA**

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

**SEIZURE WARRANT**

**CASE NUMBER: SA15-577M**

All funds in Wells Fargo Bank Account Number 5842763699, in the name of Ascenergy LLC.

TO: <u>FEDERAL BUREAU OF INVESTIGATION (FBI)</u> and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>SPECIAL AGENT JESSIE MURRAY</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds in Wells Fargo Bank Account Number 5842763699, in the name of Ascenergy LLC.

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. §§ 981(a)(1)(A) and (C) and 981(b).

**concerning a violation of Title** _18_ **United States Code, Section(s)** _1343 and 1956(a)(1)_.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

<u>Wells Fargo Bank</u> is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Marshals Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law. The recipient of this Warrant is HEREBY COMMANDED to comply with the duties and obligations set out in Attachment A attached hereto.

_12-2-2015_ @ _1:49 p.m._
**Date and Time Issued**

_Santa Ana, California_
**City and State**

<u>Hon. Jay C. Gandhi, U.S. Magistrate Judge</u>
**Name and Title of Judicial Officer**

_[signature]_
**Signature of Judicial Officer**

AUSA Frank Kortum  FK

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/7/15 | 12/7/15  4:00pm | Eva Lopez, Service Mgr. |

INVENTORY MADE IN THE PRESENCE OF

N/A

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Did not seize

## CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 09/13/16

_____
Executing Officer's Signature

Jessie T. Murray, Special Agent
Printed Name and Title